UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | Criminal Case No. 93CR0101-IEG |
| ) | |
| Plaintiff,           ) | ORDER OF DISMISSAL OF |
| ) | INDICTMENT AND TO |
| v.                ) | RECALL ARREST WARRANTS |
| ) | AS TO GILBERTO ORJUELA- |
| GILBERTO ORJUELA-CABALLERO (1),  ) | CABALLERO AND GERARDO |
| GERARDO VALENCIA-GONZALEZ,         ) | VALENCIA-GONZALEZ |
|    aka "El Gordo" (2),                ) | |
| ) | |
| Defendants.         ) | |
| _____) | |

Upon application of the United States of America, and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendants GILBERTO ORJUELA-CABALLERO AND GERARDO VALENCIA-GONZALEZ, be dismissed and the arrest warrants recalled.

**DATED: March 16, 2009**

*[signature]*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**